IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SHERONDA LYNN LOTT,                               *

       Plaintiff,                          *

v.                                                                    Case No. 7:24-cv-115 (WLS-ALS)

                                                           *

COMMISSIONER OF SOCIAL SECURITY,

                                                           *

       Defendant.                           *

                                                           *


## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2026, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 25th day of February, 2026.


                            David W. Bunt, Clerk


                            s/ Katie Logsdon, Deputy Clerk